NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLURE ENERGY, INC.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2017-1578, 2017-1579

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01248, IPR2015-01251.

---

**JUDGMENT**

---

JOHN S. ARTZ, Dickinson Wright PLLC, Troy, MI, argued for appellant. Also represented by BRYAN JOSEPH SCHOMER.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor.  Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, JOSEPH GERARD PICCOLO.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* DYK and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 June 13, 2018 
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court